1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  AMANDA SCHAPEL, CSBN 271295
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
6       Telephone: (415) 977-8983
7       Facsimile: (415) 744-0134
        E-mail: Amanda.Schapel@ssa.gov
8
9  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| STEVEN SNOE,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01221-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from June 17, 2019 to July 17, 2019, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

This is Defendant's first request for an extension of time, and no party has requested any prior extensions in this case. *See* ECF No. 5 ¶ 12 ("The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties."). Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to evaluate the issues raised in Plaintiff's Brief, determine if options exist for settlement, and to prepare Defendant's response to Plaintiff's Brief if settlement is not possible. Plaintiff does not oppose Defendant's request for an extension of time.

Dated: June 17, 2019

Respectfully submitted,
*/s/ Markus R. Urstoeger\**
(\*As authorized via email on 6/17/2019)
MARKUS R. URSTOEGER
Rockwell, Kelly & Duarte LLP

Attorney for Plaintiff

Dated: June 17, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Amanda Schapel*
AMANDA SCHAPEL
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated: **June 17, 2019**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE