McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8983
    Facsimile: (415) 744-0134
    E-mail: Amanda.Schapel@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| STEVEN SNOE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01221-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will instruct the administrative law judge (ALJ) to reevaluate whether medical improvement occurred as of February 2, 2017, which shall include evaluation of whether any signs, symptoms, or laboratory findings supported medical

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

improvement; if necessary, reassess Plaintiff's maximum residual functional capacity; and, if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy. The Appeals Council will further instruct the ALJ to offer Plaintiff the opportunity for a hearing; take further action to complete the record; and issue a new decision.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 1, 2019  */s/ Markus R. Urstoeger*_____
(*As authorized via email on 7/1/2019)
MARKUS R. URSTOEGER
Rockwell, Kelly & Duarte LLP

Attorney for Plaintiff

Dated: July 1, 2019  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Amanda Schapel*_____
AMANDA SCHAPEL
Special Assistant U.S. Attorney

Attorneys for Defendant

In accordance with the stipulation above, the Clerk of Court is directed to enter judgment for Plaintiff and against Defendant.

IT IS SO ORDERED.

   Dated:  **July 3, 2019**        **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE